

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex Parte: Juan Resendiz

No. 06-14-00170-CR

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 40,351-B-H-1). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Juan Resendiz, pay all costs of this appeal.

RENDERED JANUARY 13, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk